Loraine THEOBALD, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

January 17, 1950.

Patricia Evans for appellant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Jefferson Circuit Court, Criminal Branch, convicting movant of maintaining a common nuisance and imposing a fine of $100 and confinement in the County Jail for thirty days. The motion is overruled, appeal denied, and the judgment is affirmed.

Paul LUNSFORD, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

January 17, 1950.

Shumate & Shumate, E. B. Rose and John M. Kinnaird attorneys for movant.

A. E. Funk, Attorney General, and H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

David PARRY, Movant, v. Thomas JACKSON, Opposed.

Court of Appeals of Kentucky.

January 17, 1950.

Fred Lisanby for movant.

Raymond Cravens and William H. Miller opposed.

PER CURIAM.

Motion for appeal is overruled. Judgment affirmed.